AO 91 (Rev. 11/11) Criminal Complaint            AUSA Paul Schied (312) 697-4091

**FILED**
5/16/2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | CASE NUMBER: 1:23-cr-00306 |
|---|---|
| v. | **UNDER SEAL** |
| COREY GRAY | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On a date between on or about October 1, 2021, and on or about December 31, 2021, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere, the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 18, United States Code, Section 922(a)(5) | COREY GRAY, who was not a licensed importer, manufacturer, or dealer in firearms, knowingly transported and transferred a firearm to a person who was not a licensed importer, manufacturer, dealer, or collector in firearms and who GRAY knew and had reasonable cause to believe did not reside in the same state as GRAY. |

This criminal complaint is based upon these facts:

   X    Continued on the attached sheet.

                                                     */s/ Ricky A. Rayner, Jr.*
                                                     Ricky A. Rayner, Jr.
                                                     Special Agent, Bureau of Alcohol, Tobacco, Firearms & Explosives (ATF)

Pursuant to Fed. R. Crim. P. 4.1, this Complaint is presented by reliable electronic means. The above-named agent provided a sworn statement attesting to the truth of the Complaint and Affidavit by telephone.

Date: 5/16/2023                                         *Judge's signature*

City and state: Chicago, Illinois                   BETH W. JANTZ, U.S. Magistrate Judge
                                                                    *Printed name and title*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

## AFFIDAVIT

I, RICKY A. RAYNER JR., being duly sworn, state as follows:

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms & Explosives and have been so employed since approximately 2019. I am currently assigned to the Chicago Field Office, Firearms Trafficking Strike Force, Chicago IV Enforcement Group. My responsibilities include the investigation of federal firearms offenses, including the unlawful possession of firearms or ammunition by convicted felons, firearms trafficking, violent crime, and narcotics trafficking.

2. This affidavit is submitted in support of a criminal complaint alleging that on a date between on or about October 1, 2021 and on or about December 31, 2021, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere, COREY GRAY, who was not a licensed importer, manufacturer, or dealer in firearms, knowingly transported and transferred a firearm to a person who was not a licensed importer, manufacturer, dealer, or collector in firearms and who GRAY knew or had reasonable cause to believe did not reside in the same state as GRAY in violation of Title 18, United States Code, Section 922(a)(5) (the "**Subject Offense**").

3. Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging GRAY with the **Subject Offense**, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are

necessary to establish probable cause to believe that GRAY committed the **Subject Offense**.

4. The information set forth in this affidavit is based on my personal knowledge and observations, information provided to me by other law enforcement personnel, information obtained from records and reports, and my training and experience.

I. **FACTS SUPPORTING PROBABLE CAUSE**

5. As explained below, on a date between October 2021 and December 2021, GRAY, a resident of the state of Indiana, traveled from Indiana to Chicago, Illinois, and knowingly and unlawfully transferred a firearm, a Glock Model 17, 9-millimeter semiautomatic pistol, bearing serial number BSHU929 (the "Glock 17"), to Individual A, a resident of the state of Illinois.

6. According to records of a Federal Firearm Licensee located in Valparaiso, Indiana ("Dealer A"), Individual A purchased the Glock 17 on April 5, 2021.

7. On May 11, 2023, I conducted a recorded interview of Individual A at Individual A's place of employment in Indiana. Individual A, in summary, confirmed purchasing the Glock 17 in April 2021. Individual A further stated that, shortly after acquiring the Glock 17, Individual A gave it to GRAY, who is related to Individual A.

8. On May 11, 2023, I conducted a recorded interview of GRAY at GRAY's place of employment in Indiana. GRAY, in summary, admitted to previously possessing a Glock 17 pistol. GRAY stated that Individual A gave him the Glock 17

in 2021. GRAY further stated that in or around October 2021, or in the winter of 2021, he took the Glock 17 from Indiana to Chicago, Illinois. GRAY stated that he transferred the firearm to a man GRAY knew as "Lil' Pooh," identified by GRAY from a photo array the next day as Individual B. GRAY stated that Individual B provided GRAY $1,200 for the firearm on the same day GRAY delivered it. GRAY admitted knowing that Individual B was a resident of Illinois when GRAY transferred the firearm to Individual B and further admitted knowing that it was illegal for GRAY to take the firearm to Illinois from Indiana in order to sell it.

9. According to records from the state of Indiana and interviews with GRAY and relatives of GRAY, GRAY is a 21-year-old male who has been a resident of La Porte, Indiana, since at least 2020.

10. According to CPD reports and Illinois Secretary of State records, Individual B was a 19-year-old male who was a resident of Illinois since at least April 2021 through his death in April 9, 2023.

11. According to Chicago Police Department and ATF reports, on or about May 7, 2023, the Glock 17 was recovered in the possession of Individual C at the time of Individual C's arrest in Chicago, Illinois. Individual C was arrested in connection with the homicide of a police officer. The Glock 17 has not been identified as the firearm discharged in the homicide.

12. According to records maintained by the ATF, neither GRAY nor Individual B were ever licensed importers, manufacturers, dealers, or collectors, engaged in the business of dealing in firearms.

## II. CONCLUSION

13. Based on the foregoing facts, I respectfully submit that there is probable cause to believe that between on or about October 1, 2021, and on or about December 31, 2021, COREY GRAY committed the **Subject Offense**.

FURTHER AFFIANT SAYETH NOT.

_/s/Ricky A. Rayner, Jr._
Ricky A. Rayner, Jr.
Special Agent, Bureau of Alcohol, Tobacco, Firearms & Explosives

SWORN TO AND AFFIRMED by telephone on May 16, 2023.

Honorable BETH W. JANTZ
United States Magistrate Judge