**FILED**
JUN 15 2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

23-cr-306
Judge Chang
Magistrate Judge Jantz

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | Case No. 23 CR 306 |
|---|---|
| v. | |
| COREY GRAY | Violation: Title 18, United States Code, Section 922(a)(5) |

The SPECIAL JANUARY 2023 GRAND JURY charges:

On a date between on or about October 1, 2021, and on or about December 31, 2021, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

COREY GRAY,

defendant herein, a resident of Indiana who was not a licensed importer, manufacturer, dealer, and collector of firearms, within the meaning of Chapter 44, Title 18, United States Code, did willfully transfer, sell, trade, give, transport and deliver a firearm, namely a Glock Model 17, 9-millimeter semiautomatic pistol, bearing serial number BSHU929, to a person who was not a licensed importer, manufacturer, dealer, and collector of firearms, within the meaning of Chapter 44, Title 18, United States Code, and who defendant knew and had reasonable cause to believe did not reside in Indiana;

In violation of Title 18, United States Code, Section 922(a)(5).

A TRUE BILL:

_____
FOREPERSON

_____
ACTING UNITED STATES ATTORNEY